IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANTHONY PHONTHANY,              )
                                )
          Plaintiff,            )
                                ) Civil No. 08-1066-TC
                                )
     v.                         )
                                ) ORDER
MICHAEL J. ASTRUE, Commissioner )
of Social Security,             )
                                )
          Defendant.            )

    Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on May 6, 2010, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc.,

1    - ORDER

656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed May 6, 2010, in its entirety. This case is reversed and remanded for further proceedings consistent with the court's findings and recommendation.

IT IS SO ORDERED.

DATED this 14th day of June, 2010.

Michael R. Hogan
UNITED STATES DISTRICT JUDGE

2   - ORDER