UNITED STATES DISTRICT COURT

FILED '10 SEP 10 15:29 USDC-ORE

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **ANTHONY PHONTHANY**, | CV # 08-1066-TC |
| Plaintiff, | |
| vs. | |
| **MICHAEL J. ASTRUE,** <br> **COMMISSIONER of Social Security**, | PROPOSED ORDER FOR EAJA FEES |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the

amount of $7416.79, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, and no costs

or expenses, shall be awarded to Plaintiff and made payable to Plaintiff's attorney if there is no

recoverable debt under the Treasury offset program.  The check should be mailed to Plaintiff's

attorney as follows:

Linda S. Ziskin
Ziskin Law Office
P.O. Box 2237
Lake Oswego, OR 97035


DATED this 10 day of September, 2010.

_____
HON. THOMAS M. COFFIN
UNITED STATES MAGISTRATE JUDGE


Presented by:
/s/__Linda Ziskin_____
**LINDA ZISKIN,** OSB # 011067
(503) 889-0472
 Of Attorneys for Plaintiff